RS

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY MARYLAND

CHRISTOPHER STATON )
7186 Hanover Parkway )
Greenbelt, MD 20770 )
 )
    Plaintiff )
 )
Vs. )
 )   Case No.: C-16-CV-26-000019
SAFEWAY LLC )
7589 Greenbelt Road )
Greenbelt, MD 20770 )
 )
    Defendant )
 )

## COMPLAINT FOR NEGLIGENCE, ASSAULT AND RESPONDEAT SUPERIOR
### (Count 1- Negligence)

COMES NOW the Plaintiff, Christopher Staton, by and through his attorney the LAW OFFICES OF DENNIS A. BAIRD, ESQ. and Sean Baird, Esq, and submits this complaint for Negligence, Assault and Respondeat Superior based on the foregoing:

1. That the Plaintiff is a resident of the State of Maryland and the city of Greenbelt.

2. That the Defendant is a business operating in the city of Greenbelt and the State of Maryland.

3. That jurisdiction and venue is proper in the Circuit Court of Prince George's County as all events occurred in Prince George's County.

4. That on or about October 11, 2023 the Plaintiff was shopping at the Safeway located at the Greenway Shopping Cener.

5. While the Defendant was exiting the store two store employees chased the Plaintiff down, accused him of stealing.

1

6. That the two employees from the Safeway Store struck the plaintiff multiple times, pushed him and grabbed his shopping bag.

7. That the store manager investigated the matter and it was determined that the Plaintiff did not steal anything.

8. That Defendant Safeway had a duty to have its employees treat the patrons and customers of the store in a respectful and decent matter.

9. That Defendant Safeway breached this duty when its employees struck the Plaintiff and wrongfully accused him of stealing.

10. That Defendant Safeway and its agents or employees are the proximate cause of the injury sustained by Plaintiff in this matter.

11. That as a result of this incident the Plaintiff has sustained injury to his back, shoulder and neck.

WHEREFORE, it is respectfully requested that this Honorable Court:

A. Enter a judgment against the Defendant in the amount of $30,000;

B. Award the Plaintiff reasonable attorney fees;

C. For such other and further relief that this court may deem fit and proper.

### (Count II- Assault)

12. That the Plaintiff re-alleges the allegations contained in Paragraphs 1-11.

13. That the Plaintiff was struck by two employees of Safeway one being the name Junior Queens.

14. That the Plaintiff did not consent to said touching.

15. That the Plaintiff sustained injury to his back, neck, shoulder and head as a result of this offensive touching.

WHEREFORE, it is respectfully requested that this Honorable Court:

A. Enter a judgment against the Defendant in the amount of $15,000;

B. Award the Plaintiff reasonable attorney fees;

C. For such other and further relief that this court may deem fit and proper.

### (Count III-Respondeat Superior)

16. That the Plaintiff re-alleges the allegations contained in paragraphs 1-15.

17. That the two employees that struck the Plaintiff were agents, employees or were acting within the scope of their employment at the time of the incident.

18. That the Defendant Safeway is liable under the theory of Respondeat Superior.

WHEREFORE, it is respectfully requested that this Honorable Court:

A. Enter a judgment against the Defendant in the amount of $29,999;

D. Award the Plaintiff reasonable attorney fees;

E. For such other and further relief that this court may deem fit and proper.

Respectfully submitted
Law Offices of Dennis A. Baird, Esq.

Sean A. Baird, Esq.
1323 Fenwick Lane
Silver Spring, MD 20910
301-650-2030
sbairdlaw@yahoo.com
0406150018

E-FILED; Prince George's Circuit Court
Docket: 1/3/2026 3:35 PM; Submission: 1/3/2026 3:35 PM
Envelope: 24430526

IN THE CIRCUIT COURT FOR Prince George's County (CC)
City/County

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). *Defendant:* You must file an Information Report as required by Rule 2-323(h).

**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT     CASE NUMBER C-16-CV-26-000019 (Clerk to insert)

CASE NAME: Christopher Staton (Plaintiff)   vs.   Safeway LLC (Defendant)

PARTY'S NAME: Christopher Staton
PARTY'S ADDRESS: 7186 Hanover Parkway, Greenbelt MD 20779     PHONE:
PARTY'S E-MAIL:

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: Sean Baird, Esq.
PARTY'S ATTORNEY'S ADDRESS: 1323 Fenwick Lane, Silver Spring, MD 20910     PHONE: 301-650-2030
PARTY'S ATTORNEY'S E-MAIL: sbairdlaw@yahoo.com

JURY DEMAND? ☐ Yes ☒ No

RELATED CASE PENDING? ☐ Yes ☒ No  If yes, Case #(s), if known:
ANTICIPATED LENGTH OF TRIAL?: ___ hours ___ days

### PLEADING TYPE

New Case: ☒ Original  ☐ Administrative Appeal  ☐ Appeal
Existing Case: ☐ Post-Judgment  ☐ Amendment
*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☒ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt: ___
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☒ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property/ Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 09/2025)                    Page 1 of 3

### IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☐ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Financial Exploitation
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☒ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

- ☐ Under $10,000
- ☐ $10,000 - $30,000
- ☒ $30,000 - $100,000
- ☐ Over $100,000
- ☐ Medical Bills $_____
- ☐ Wage Loss $_____
- ☐ Property Damages $_____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation   ☐ Yes ☐ No
B. Arbitration   ☐ Yes ☐ No
C. Settlement Conference   ☒ Yes ☐ No
D. Neutral Evaluation   ☐ Yes ☐ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049

### ESTIMATED LENGTH OF TRIAL

With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.

(Case will be tracked accordingly)

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff _____. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

1/3/2026
Date

1323 Fenwick Lane
Street Address

Silver Spring    MD    20910
City    State    Zip Code

Signature of Attorney/Party

0406150018
Attorney Number

Sean Baird, Esq.
Printed Name

sbairdlaw@yahoo.com
E-mail

CC-DCM-002 (Rev. 09/2025)

Page 3 of 3